■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVOR THOMAS, Appellant. [739 NYS2d 279] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered September 8, 2000, convicting him of assault in the second degree, assault in the third degree, and criminal possession of a weapon in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his waiver of the right to a jury trial was invalid is unpreserved for appellate review (*see, People v Johnson,* 51 NY2d 986; *People v Ashley,* 282 AD2d 613; *People v Jones,* 178 AD2d 244) and, in any event, is without merit. The waiver was knowingly and voluntarily made and properly executed after the jury was sworn, but before

opening statements were made. Under the circumstances, the waiver was valid (*see, People v Jones, supra; People v Satcher,* 144 AD2d 992; *People v Kravitz,* 140 AD2d 972). Since the defendant waived his right to a jury trial and consented to a bench trial, his contention that the prohibition against double jeopardy was violated is without merit (*see, People v Brown,* 147 AD2d 579; *see also, People v Ferguson,* 67 NY2d 383). Altman, J.P., Florio, H. Miller and Cozier, JJ., concur.